NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1022

MEDIA TECHNOLOGIES LICENSING, LLC,

Plaintiff/Counterclaim Defendant-Appellant,

v.

THE UPPER DECK COMPANY, THE UPPER DECK COMPANY, LLC,
UPPER DECK DISTRIBUTION & SALES COMPANY,
and UPPER DECK DISTRIBUTION & SALES COMPANY, LLC,

Defendant/Cross Claimants-Appellees,

and

PLAYOFF CORPORATION,

Defendant/Counterclaimant-Appellee,

v.

ADRIAN GLUCK

Cross Defendant-Appellant.

Appeal from the United States District Court for the Central District of California in case no. 01-CV-1198, Chief Judge Alicemarie H. Stotler.

ON MOTION

O R D E R

The appellees move without opposition for a 31-day extension of time, until March 30, 2009, to file their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 4 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2009

JAN HORBALY
CLERK

cc:   Gregory S. Dovel, Esq.
      Norman H. Zivin, Esq.
      Joseph R. Taylor, Esq.

s20

2009-1022                          2